# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **CHASE COOK,** *on behalf of himself and other similarly situated individuals***,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITEDLEX PROFESSIONAL SERVICES, INC.,**<br><br>**Defendant.** | Case No.: 2:20-CV2250-JWB-TJJ |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Chase Cook and Defendant UnitedLex Professional Services, Inc. stipulate that Plaintiff's Complaint and claims against Defendant in this matter be dismissed, with prejudice. Each party will bear its own costs.

78313130.1

2

Respectfully submitted,

POLSINELLI PC

By:                                                     By: */s/ Meghan H. Hanson*

Brendan J. Donelon  
DONELON, P.C.  
4600 Madison, Suite 810  
Kansas City, MO 64112  
(816) 221-7100  
Fax: (816) 709-1044  
brendan@donelonpc.com  

DENISE K. DRAKE (KS #15800)  
MEGHAN HANSON (D. KAN. #78869)  
900 W. 48th Place, Suite 900  
Kansas City, MO 64112  
Telephone: (816) 753-1000  
Facsimile: (816) 753-1536  
ddrake@polsinelli.com  
mhanson@polsinelli.com  

ATTORNEYS FOR DEFENDANT

Daniel W. Craig  
DONELON, P.C.  
6642 Clayton Rd., #320  
St. Louis, MO 63117  
(314) 297-8385  
Fax: (816) 709-1044  
dan@donelonpc.com  

Greg N. Tourigny  
THE TOURIGNY LAW FIRM  
4600 Madison Ave, Suite 810  
Kansas City, MO 64112  
(816) 945-2861  
greg@tourignylaw.com  

ATTORNEYS FOR PLAINTIFF

78313130.1

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing document was electronically filed on June 3, 2021, with the Clerk of the Court by using the Court's ECF filing system which will send notice to the following:

Brendan J. Donelon
DONELON, P.C.
brendan@donelonpc.com

Daniel W. Craig
DONELON, P.C.
dan@donelonpc.com

Greg N. Tourigny
THE TOURIGNY LAW FIRM
greg@tourignylaw.com

ATTORNEYS FOR PLAINTIFF

                                          */s/ Meghan H. Hanson*
                                          ATTORNEY FOR DEFENDANT

78313130.1